**Order entered April 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00486-CR

**JOSE MAYA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-34710-T**

## ORDER

This appeal is set for submission on April 14, 2015. Pursuant to this Court's February 6, 2015 order granting appellee the State of Texas's first motion for extension of time to file its brief, the State's brief was due to be filed on or before March 9, 2015.

The Court has before it the State's April 8, 2015 "Second Motion to Extend the Time for Filing the State's Accompanying Brief." We **GRANT** appellee's second motion for extension of time to file its brief. We **DIRECT the Clerk** to file the State's brief tendered with its April 8, 2015 motion.

/s/    ROBERT M. FILLMORE
PRESIDING JUSTICE